670     OCTOBER TERM, 1925.

Cases Disposed of Without Consideration by the Court. 270 U. S.

No. 215. ATCHISON, TOPEKA & SANTA FE RY. Co. *v.* F. G. BUTTON. Error to the Circuit Court of Appeals for the Eighth Circuit. March 12, 1926. Dismissed with costs on motion of plaintiff in error. *Messrs. J. R. Cottingham, Robert M. Rainey,* and *Streeter B. Flynn* for plaintiff in error. *Messrs. Charles J. Kappler* and *Charles H. Merrillat* for defendant in error.

---

No. 238. DUREZ COMPANY, INC. *v.* BAKELITE CORPORATION. See *ante,* p. 657.

---

No. 418. DAVID H. BLAIR, COMMISSIONER OF INTERNAL REVENUE, AND BURNS POE, COLLECTOR OF INTERNAL REVENUE FOR THE DISTRICT OF WASHINGTON, *v.* JOE DUKICH. Appeal from the District Court of the United States for the Eastern District of Washington. April 12, 1926. Dismissed with costs and mandate granted on motion of appellants. *Solicitor General Mitchell* for appellants. *Mr. E. W. Robertson* for appellee.

---

No. 687. UNITED STATES *v.* METAL PRODUCTS COMPANY. Appeal from the Court of Claims. April 12, 1926. Dismissed and mandate granted on motion of appellant. *Solicitor General Mitchell* for the United States. *Messrs. Frederic D. McKenney* and *John S. Flannery* for appellee.

---

No. 467. MRS. ELIZABETH HUFF AND R. E. HUFF *v.* IRVING PAGE, RECEIVER OF THE FIRST NATIONAL BANK OF LAWTON, OKLAHOMA. Error to the Circuit Court of Appeals for the Fifth Circuit. April 12, 1926. Dismissed per stipulation of counsel. *Mr. W. F. Weeks* for plaintiffs in error. *Messrs. B. H. Shear, E. E. Blake,* and *F. W. Fischer* for defendant in error.